KYH: 02.17.2026
JGO: 2026R00025

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | |
| v. | * | (Illegal Re-Entry of a Deported Alien, |
| | * | 8 U.S.C. § 1326(a), (b)(1)) |
| JOSE SAMUEL MARTINEZ-HERNANDEZ, | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

*FILED — LOGGED — ENTERED — RECEIVED*
*FEB 19 2026*
*AT BALTIMORE*
*CLERK, U.S. DISTRICT COURT*
*DISTRICT OF MARYLAND*
*BY _____ DEPUTY*

*JRR-26-67*

\*\*\*\*\*\*\*\*\*

**INDICTMENT**

**COUNT ONE**

The Grand Jury for the District of Maryland charges that:

On or about February 7, 2025, in the District of Maryland, the Defendant,

**JOSE SAMUEL MARTINEZ-HERNANDEZ,**

an alien who previously had been deported and removed, knowingly entered and was found in the United States of America, the said Defendant having not obtained the express consent of the Attorney General of the United States or his or her successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), to reapply for admission into the United States as required by law.

8 U.S.C. § 1326(a)

_Kelly O. Hayes / JGO_
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

2/19/26
Date